Maiga Prods. Corp. v American Ind. Ins. Co. (2021 NY Slip Op 50638(U))

[*1]

Maiga Prods. Corp. v American Ind. Ins. Co.

2021 NY Slip Op 50638(U) [72 Misc 3d 131(A)]

Decided on July 2, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 2, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-318 K C

Maiga Products Corp., as Assignee of
Georgy, Charles, Respondent, 
against
American Independent Ins. Co., Appellant.

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered January 7, 2019. The order granted plaintiff's motion for the entry of a
default judgment.

ORDERED that the order is reversed, with $30 costs, and plaintiff's motion for the entry of a
default judgment is denied.
In this action by a provided to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court which granted plaintiff's motion for the entry of a
default judgment.
For the reasons stated in Daily Med. Equip. Distrib. Ctr., Inc., as Assignee of Balderrna,
David v American Ind. Ins. Co. (___ Misc 3d ___, 2021 NY Slip Op ______ [appeal No.
2019-341 K C], decided herewith), the order is reversed and plaintiff's motion for the entry of a
default judgment is denied.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 2, 2021